# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SHANNON CHURCH,

   Plaintiff,

v.                                     CASE NO.: 5:18-CV-00420-JSM-PRL

WESTLAKE SERVICES, LLC,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, SHANNON CHURCH, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 16th day of May, 2019, a true and correct copy of the foregoing has been furnished to the following: all counsel of record.

                                        */s/ Octavio Gomez*
                                        Octavio Gomez, Esquire
                                        Florida Bar No.: 0338620
                                        Morgan & Morgan Tampa, P.A.
                                        201 N. Franklin Street, Suite 700
                                        Tampa, Florida 33602
                                        Telephone: (813) 223-5505
                                        Facsimile: (813) 223-5402
                                        Primary Email: TGomez@ForThePeople.com
                                        Secondary Email: LDobbins@ForThePeople.com
                                        *Attorney for Plaintiff*