UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SHANNON CHURCH,

   Plaintiff,                                                  CASE NO.: 5:18-CV-00420-JSM-PRL

v.

WESTLAKE SERVICES, LLC,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Shannon Church, and the Defendant, Westlake Services, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 18th day of June, 2019.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ James R. Liebler, II* |
| Octavio Gomez, Esquire | James R. Liebler II, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 115348 |
| Morgan & Morgan Tampa, P.A. | Email: JRLII@lgplaw.com |
| 201 N. Franklin Street, Suite 700 | Liebler, Gonzalez & Portuondo |
| Tampa, Florida 33602 | Courthouse Tower - 25th Floor |
| Telephone: (813) 223-5505 | 44 West Flagler Street |
| Facsimile: (813) 223-5402 | Miami, FL 33130 |
| Primary Emial: TGomez@ForThePeople.com | Telephone: (305) 379-0400 |
| Secondary Email: LDobbins@ForThePeople.com | Facsimile: (305) 379-9626 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |